NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DAMIEN ROSS, DOC #S05502,    )
                             )
          Appellant,         )
                             )
v.                           )          Case No. 2D18-1122
                             )
STATE OF FLORIDA,            )
                             )
          Appellee.          )
_____)

Opinion filed March 6, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Edward Nicholas, Judge.

Damien Ross, pro se.

PER CURIAM.

          Affirmed.

LaROSE, C.J., and KELLY and ROTHSTEIN-YOUAKIM, JJ., Concur.